1  Katherine M. Basile, Esq. (Bar No. 132518)
   James F. Valentine, Esq. (Bar No. 149269)
2  James R. Cady, Esq. (Bar No. 213377)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California 94303
4  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
5
   Dutro E. Campbell II (*admitted pro hac vice*)
6  HUSCH BLACKWELL SANDERS LLP
   190 Carondelet Plaza, Suite 600
7  St. Louis, MO 63105
   Telephone: (314) 480-1905
8  Facsimile: (314) 480-1505

9  Attorneys for Plaintiff
   RIDE THE DUCKS INTERNATIONAL, LLC
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         (SAN FRANCISCO DIVISION)
13

14 | RIDE THE DUCKS INTERNATIONAL, LLC, ) Case No. C-09-2195 MMC
                                       )
15 |       Plaintiff,                   ) ~~(PROPOSED)~~ ORDER RE REQUEST FOR
                                       ) LEAD COUNSEL TO APPEAR BY
16 |   vs.                              ) TELEPHONE PURSUANT
                                       ) TO CIVIL LOCAL RULE 16-10(a)
17 | BAY QUACKERS, LLC,                 )
                                       ) **Case Management Conference**
18 |       Defendant.                   ) **Date: September 18, 2009**
                                       ) **Time: 10:30 a.m.**
19                                       **Courtroom No. 7, 19th FL**

20

21      IT IS HEREBY ORDERED that due to a scheduling conflict, Mr. Dutro E. Campbell II, lead

22 counsel for Plaintiff RIDE THE DUCKS INTERNATIONAL, LLC, is granted permission to appear

23 by telephone for the Case Management Conference set in the above-captioned action for

24 September 18, 2009 at 10:30 a.m.

25

26      DATED: September 14, 2009        _____
                                         The Honorable Maxine M. Chesney
27                                       United States District Court Judge

28

Proposed Order re Request for Lead Counsel to Appear
by Telephone -- Case No. C-09-2195 MMC