CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendant
BAY QUACKERS, LLC

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIDE THE DUCKS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAY QUACKERS, LLC,<br><br>Defendant. | CASE NO. CV-09-2195-MMC<br><br>**STIPULATION TO CONTINUE DEADLINE TO CONDUCT MEDIATION**<br><br>AND ORDER THEREON |

WHEREAS, January 14, 2010, is the current deadline for the parties to complete mediation.

WHEREAS, based on the need to complete additional discovery, the parties agree that the deadline to complete mediation should be extended to March 31, 2010.

Accordingly, Plaintiff RIDE THE DUCKS INTERNATIONAL, LLC, and Defendant BAY QUACKERS, LLC, by and through their counsel, hereby STIPULATE AND AGREE to continue the deadline to conduct mediation to March 31, 2010.

/ / /

/ / /

/ / /

9C7E7947.doc

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

STIPULATION TO CONTINUE DEADLINE
CASE NO. CV-09-2195-MMC

IT IS SO STIPULATED.

Dated: January 8, 2010         HOWREY LLP

                              By: /s/ James Valentine
                                  JAMES F. VALENTINE
                                  Attorneys for Plaintiff


Dated: January 8, 2010         HUSCH BLACKWELL SANDERS LLP


                              By: /s/ Dutro E. Campbell
                                  DUTRO E. CAMPBELL II
                                  Attorneys for Plaintiff


Dated: January 8, 2010         TINGLEY PIONTKOWSKI LLP


                              By: /s/ Bruce Piontkowski
                                  BRUCE C. PIONTKOWSKI
                                  Attorneys for Defendant

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /s/ within this e-filed document.

Dated: January 8, 2010         TINGLEY PIONTKOWSKI LLP


                              By: /s/ Bruce Piontkowski
                                  BRUCE C. PIONTKOWSKI
                                  Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that the deadline to conduct mediation is continued to March 31, 2010.

IT IS SO ORDERED.

Dated: January 12, 2010        _____
                               U.S. DISTRICT COURT JUDGE