CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendant
BAY QUACKERS, LLC

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RIDE THE DUCKS INTERNATIONAL, LLC, | CASE NO. CV-09-2195-MMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO CONDUCT MEDIATION** |
| v. | |
| BAY QUACKERS, LLC, | AND ORDER THEREON |
| Defendant. | |

WHEREAS, January 14, 2010, is the current deadline for the parties to complete mediation.

WHEREAS, based on the need to complete additional discovery, the parties agree that the deadline to complete mediation should be extended to March 31, 2010.

Accordingly, Plaintiff RIDE THE DUCKS INTERNATIONAL, LLC, and Defendant BAY QUACKERS, LLC, by and through their counsel, hereby STIPULATE AND AGREE to continue the deadline to conduct mediation to March 31, 2010.

/ / /

/ / /

/ / /

9C7E7947.doc

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

STIPULATION TO CONTINUE DEADLINE
CASE NO. CV-09-2195-MMC

1  IT IS SO STIPULATED.

2  Dated: January 8, 2010                              HOWREY LLP

3

4                                                     By: /s/ James Valentine
5                                                         JAMES F. VALENTINE
                                                          Attorneys for Plaintiff
6

7  Dated: January 8, 2010                             HUSCH BLACKWELL SANDERS LLP

8

9                                                     By: /s/ Dutro E. Campbell
                                                          DUTRO E. CAMPBELL II
10                                                        Attorneys for Plaintiff

11
   Dated: January 8, 2010                             TINGLEY PIONTKOWSKI LLP
12

13
                                                      By: /s/ Bruce Piontkowski
14                                                        BRUCE C. PIONTKOWSKI
                                                          Attorneys for Defendant
15

16        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

17 "conformed" signature /s/ within this e-filed document.

18 Dated: January 8, 2010                             TINGLEY PIONTKOWSKI LLP

19

20                                                    By: /s/ Bruce Piontkowski
                                                          BRUCE C. PIONTKOWSKI
21                                                        Attorneys for Defendant

22
                                         **ORDER**
23
        IT IS HEREBY ORDERED that the deadline to conduct mediation is continued to
24
   March 31, 2010.
25
        IT IS SO ORDERED.
26
   Dated: January 12, 2010
27                                                    U.S. DISTRICT COURT JUDGE

28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

9C7E7947.doc                              - 2 -        STIPULATION TO CONTINUE DEADLINE
                                                       CASE NO. CV-09-2195-MMC