HOWREY LLP
JAMES F. VALENTINE, ESQ. (Bar No. 149269)
JAMES R. CADY, ESQ. (Bar No. 213377)
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
TEL: (650) 798-3500
FAX: (650) 798-3600
Email: BasileK@howrey.com, ValentineJ@howrey.com, CadyJ@howrey.com

HUSCH BLACKWELL SANDERS LLP
DUTRO E. CAMPBELL, ESQ. (admitted *pro hac vice*)
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105
TEL: (314) 480-1500
FAX: (314) 480-1505
Email: Bruce.Campbell@huschblackwell.com

Attorneys for Plaintiff
RIDE THE DUCKS INTERNATIONAL, LLC

TINGLEY PIONTKOWSKI LLP
CURTIS R. TINGLEY, ESQ. (SBN 112322)
BRUCE C. PIONTKOWSKI, ESQ. (SBN 152202)
JONATHAN A. McMAHON, ESQ. (SBN 239370)
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Email: ctingley@tingleyllp.com, bpiontkowski@tingleyllp.com, jmcmahon@tingleyllp.com

Attorneys for Defendant
BAY QUACKERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| RIDE THE DUCKS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BAY QUACKERS, LLC,<br><br>Defendant. | Case No. CV 09-2195 MMC<br><br>STIPULATED DISMISSAL WITHOUT PREJUDICE<br><br>AND ORDER THEREON |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ride the Ducks International, LLC and Defendant Bay Quackers, LLC hereby jointly stipulate to

the dismissal of this lawsuit, without prejudice. The parties further stipulate that each party is responsible for its own fees and costs.

IT IS SO STIPULATED

Dated: April 27, 2010

HUSCH BLACKWELL SANDERS LLP

By: _____
Dutro E. Campbell II, *admitted pro hac vice*
Attorneys for Plaintiff
Ride The Ducks International, LLC

Dated: April 27, 2010

TINGLEY PIONTKOWSKI LLP

By: _____
Bruce C. Piontkowski
Attorney for Defendant
Bay Quackers, LLC

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed without prejudice and with each party to bear its own costs and expenses to date.

IT IS SO ORDERED

Dated: April 28, 2010

_____
U.S. DISTRICT COURT JUDGE